1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    BARRY DANIEL BLAIR,                        No.  2:25-cv-1501 AC P

12                 Plaintiff,

13          v.                                    ORDER

14    CITY OF MODESTO, et al.,

15                 Defendants.

16

17          Plaintiff, proceeding pro se, initiated this case by filing a complaint in the United States

18    District Court for the District of Arizona.  ECF No. 1.  Prior to the case being transferred to this

19    court, defendants Wells Fargo Bank, California Department of Justice, California Franchise Tax

20    Board, and California State Treasurer's Office filed motions to dismiss.  ECF Nos. 7, 8.  After the

21    case was transferred, defendants United States of America, United States Department of Justice,

22    and Federal Bureau of Prisons also moved to dismiss the case.  ECF No. 13.  Plaintiff has not

23    opposed any of the motions to dismiss, and his time for doing so has passed.[1]  Plaintiff will be

24    given one final opportunity to respond to the motions to dismiss and is cautioned that failure to do

25    so will result in a recommendation that this action be dismissed for failure to prosecute.

26    _____

27    [1]  The time to respond to the motions filed in the District of Arizona expired prior to the case
      being transferred to this court.  See Dist. Ariz. LRCiv 7.2(c) (responsive memoranda due fourteen
28    days after service).

                                              1

1       Accordingly, IT IS HEREBY ORDERED that within twenty-one days after of the service

2    of this order, plaintiff shall file and serve an opposition to the motions to dismiss or a statement of

3    non-opposition.  Failure to comply will result in a recommendation that this action be dismissed

4    without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

5    DATED: July 2, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2