UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY DANIEL BLAIR,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MODESTO, et al.,<br><br>Defendants. | No.  2:25-cv-01501-DC-AC (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 7, 8, 13, 27, 33) |

Plaintiff, a former prisoner proceeding pro se, filed this civil rights action.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 11, 2026, the magistrate judge filed findings and recommendations which were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 33.  None of the parties have filed objections to the findings and recommendations, and the time in which do so has passed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations issued on March 11, 2026 (ECF No. 33) are ADOPTED;

1

2. Respondents' motions to dismiss (ECF Nos. 7, 8, 13) are GRANTED;

3. Plaintiff's motion for summary judgment (ECF No. 27) is DENIED;

4. The complaint is dismissed with prejudice due to Plaintiff's failure to state a claim and for lack of subject matter jurisdiction; and

5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 31, 2026**   _____

Dena Coggins
United States District Judge

2